UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN MICHAEL HAUSFELD USELMAN,

           Plaintiff,

    v.

MARK DAYTON, and MARK RITCHIE,

           Defendants.

Civil No. 12-1168 (PJS/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed

to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all

the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.     The Report and Recommendation are **ADOPTED**;

2.     Plaintiff's application for leave to proceed in forma pauperis, (Doc. No. 3), is **DENIED**;

3      This action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

4.     Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C. § 1915(b)(2); and

5.     The dismissal of this action shall be counted as a "strike" against Plaintiff for purposes of 28 U.S.C. § 1915(g).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  07/20/12

                          s/Patrick J. Schiltz
                          PATRICK J. SCHILTZ
                          United States District Judge